IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 21-00119-01-CR-W-GAF |
| | ) |
| JOHN E. PETERSON, | ) |
| | ) |
| Defendant. | ) |

# ORDER

Now pending before the Court is Defendant John E. Peterson's Motion to Quash Search Warrant and Suppress Evidence and Statement (Doc. #24). The Government filed its Suggestions in Opposition to Defendant's motion (Doc. #27) and Defendant filed Reply Suggestions (Doc. #29).

On August 8, 2022, United States Magistrate Judge Lajuana M. Counts conducted a hearing on Defendant's motion and on September 14, 2022, Judge Counts issued her Report and Recommendation (Doc. #40).

Defendant filed Objections to the Report and Recommendation (Doc. #43).

Upon careful and independent review of the pending motion, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Lajuana M. Counts.

Accordingly, it is

ORDERED that Defendant John E. Peterson's Motion to Suppress (Doc. #24) is GRANTED IN PART AND DENIED IN PART.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: October 13, 2022