# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 21-00119-01-CR-W-GAF |
| JOHN E. PETERSON, | ) |
| Defendant. | ) |

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

The Defendant appeared before me pursuant to Fed.R.Crim.P. 11, Local Rule 72.1(b)(1)(J), and 28 U.S.C. § 636 and entered a plea of guilty pursuant to Fed.R.Crim.P. 11(c)(1)(A) and 11(c)(1)(B) to the charge contained in the Information charging Defendant with misprision of a felony. (Doc. #59.) The Plea Agreement specifies that the Government will dismiss Counts One and Two of the Indictment currently pending against the defendant at the time of sentencing. (Doc. #61.) I determined that the guilty plea is knowledgeable and voluntary and that the offense charged is supported by an independent basis in facts containing each of the essential elements of such offenses. A record was made of the proceedings and a transcript has been requested. Based on the foregoing, it is

RECOMMENDED that Defendant John E. Peterson's plea of guilty be accepted and that Defendant John E. Peterson be adjudged guilty and a sentence should be imposed accordingly.

Failure to file written objections to this Report and Recommendation within fourteen days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1).

*/s/ Lajuana M. Counts*
LAJUANA M. COUNTS
UNITED STATES MAGISTRATE JUDGE